IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 MAY 20 AM 9: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JOHN T. CRUNK, SR., et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. 04-2573-Ml/P |
| BDO SEIDMAN, LLP., et al., ) | |
| Defendants. ) | |

## ORDER OF TEMPORARY STAY OF SCHEDULING CONFERENCE

On May 19, 2005, the parties appeared before the court for a scheduling conference pursuant to Fed.R.Civ.P. 16(b). Counsel for all parties were present (via telephone) and heard. For good cause shown, the scheduling conference is hereby temporarily stayed until such time that the court rules on the motion to stay filed by defendants Deutsche Bank AG, Deutsche Bank Securities, Inc., David Parse, and Craig Brubaker. The parties shall contact the chambers of the undersigned Magistrate Judge within three (3) days after the court rules on the motion to stay to set a scheduling conference, if necessary.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

TU M. PHAM
United States Magistrate Judge

5/19/05
Date

86

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CV-02573 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael L. Dagley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jeven R. Sloan
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Othni J. Lathram
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Lawrence M. Hill
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Matthew M. Curley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

I. Bennett Capers
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, NY 10019--609

Richard A. Nessler
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Christine Chi
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

Stewart Clancy
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Seth C. Farber
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David R. Deary
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Anamika Samanta
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

W. Ralph Canada
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Benjamin Sokoly
DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Kelly Librera
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019--609

Kevin O'Neal tBaskette
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL, PLLC
One Commerce Square
Ste. 2900
Memphis, TN 38103

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Michael R. Young
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

Joe R. Whatley
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert E. Orians
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT