IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHN T. CRUNK, et. al.,        )<br>                                )<br>     Plaintiffs,               )<br>                                )<br>v.                              )   No. 04-2573 Ml/V<br>                                )<br>BDO SEIDMAN, L.L.P, et. al.,   )<br>                                )<br>                                )<br>     Defendants.               )  | |

**ORDER FOLLOWING STATUS CONFERENCE**

A telephone status conference in this case was held on August 31, 2005. Representing Plaintiffs John T. Crunk, Sr., Peggy B. Crunk, John T. Crunk, Jr., Gina D. Crunk, JSRC Division Investments LLC, JJRC Division Investments LLC, Division Partners, JTCSR Division Investors, Inc., James H. Barton, Carol P. Barton, Jane J. Barton, Keith J. Barton, Frank G. Barton, III, JHB May Hollow Cove Investments LLC, JHB Investment Partners, JHB May Hollow Cove Investors, Inc., FGBJR Management LLC, FGBJR Investments Partners, and FGBJR Investors, Inc. (collectively the "Plaintiffs") was Jeven Sloan. Representing Defendants Deutsche Bank AG, David Parse, Craig Brubaker, and Deutsche Bank Securities, Inc. were Benjamin Sokoly and Justin Joy. Representing Defendants Roland Thon and Esot Resources, Inc. was Robert Moore. Representing Defendants Crosslin, Vaden &

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-6-05

Associates, P.C. and J. Dell Crosslin was Steven Riley. Representing Defendant BDO Seidman, L.L.P. and Mark Puckett was Clarence Wilbin.

The Court determined that issues are still pending in the <u>Jenkens</u> case which makes it premature to lift the stay in this matter. Counsel for Deutsche Bank and counsel for Plaintiffs agreed to promptly file a motion with the Court in the event that there is a material change in the <u>Jenkens</u> case.[1]

In accordance with the request of counsel, the Court ordered Plaintiffs to produce FRCP Rule 26(a)(1) materials regarding Defendant Thon. Plaintiffs are ordered to produce the required materials within 21 days.

The Court will hold a telephone conference in this cause on <u>Thursday, March 23, 2006, at 9:00 a.m.</u> to determine the status of the <u>Jenkens</u> case. Counsel for Defendant Deutsche Bank shall initiate the call with all parties on the line.

So ORDERED this 2 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] Counsel discussed with the Court the fact that there are pending motions to dismiss by two defendants, and requested that the stay be lifted to require responses so that the Court could dispose of the motions. The Court declined to lift the stay for that purpose. At an appropriate time, the motions may be dismissed without prejudice, with permission to renew the motion upon the lifting of the stay.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CV-02573 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Kelly Librera
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019--609

W. Ralph Canada
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

Jeven R. Sloan
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Stewart Clancy
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Richard A. Nessler
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Anamika Samanta
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

I. Bennett Capers
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, NY 10019--609

Michael L. Dagley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Kevin O'Neal tBaskette
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL, PLLC
One Commerce Square
Ste. 2900
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Matthew M. Curley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Benjamin Sokoly
DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Lawrence M. Hill
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Michael R. Young
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

Seth C. Farber
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Joe R. Whatley
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Christine Chi
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Othni J. Lathram
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David R. Deary
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Robert E. Orians
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Jon McCalla
US DISTRICT COURT