IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2  AM 9: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

JOHN T. CRUNK, SR., *et al.*,

      PLAINTIFFS,

v.

BDO SEIDMAN, L.L.P., *et al.*,

      DEFENDANTS.

Civil Action No. 04-2573-MlV

## ORDER GRANTING LEAVE TO WITHDRAW
## AND SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED that Dewey Ballantine LLP may withdraw as counsel to Defendants David Parse and Craig Brubaker and be replaced by Brune & Richard LLP in this action.

Dated: Nov. 1, 2005

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CV-02573 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

W. Ralph Canada
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Shea Sisk Wellford
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David R. Deary
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Michael L. Dagley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Susan E. Brune
BRUNE & RICHARD LLP
80 Broad St
New York, NY 10004

Christine Chi
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Benjamin Sokoly
DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Seth C. Farber
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Matthew M. Curley
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Jeven R. Sloan
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave.
Birmingham, AL 35205

Stewart Clancy
SHORE DEARY, LLP
2515 McKinney Ave.
Ste. 1565
Dallas, TX 75201

Robert E. Orians
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Young
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

Richard A. Nessler
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Kelly Librera
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019--609

Othni J. Lathram
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Lawrence M. Hill
LAW OFFICE OF DEWEY BALLANTINE LLP
1301 Ave. of the Americas
New York, NY 10019--609

Joe R. Whatley
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202--064

Kevin O'Neal tBaskette
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL, PLLC
One Commerce Square
Ste. 2900
Memphis, TN 38103

Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad St
New York, NY 10004

Anamika Samanta
WILLKIE FARR & GALLAGHER
787 Seventh Avenue
New York, NY 10019--609

I. Bennett Capers
WILLKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, NY 10019--609

Honorable Jon McCalla
US DISTRICT COURT