# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN T. CRUNK, SR., *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) No. 2:04-2573-JPM-tmp |
| BDO SEIDMAN, L.L.P., *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING REPORT AND RECOMMENDATION AND ORDER DENYING PLAINTIFFS' MOTION WITHOUT PREJUDICE

Before the Court is the Report and Recommendation of Magistrate Judge Tu Pham (D.E. 194), submitted December 15, 2008. The Magistrate Judge recommends that Plaintiffs' Motion for Entry of Default Judgment Against Defendants ESOT Resources, Inc. and Roland Thon or, in the Alternative, for Leave to Conduct Discovery (D.E. 189) be denied without prejudice.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety and DENIES Plaintiffs' Motion without prejudice. Plaintiffs may re-file their motion after entry of default is sought and obtained from the Clerk.

SO ORDERED this 5th day of January, 2009.

/s/ JON P. McCALLA
UNITED STATES DISTRICT JUDGE